1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   JAVIER ESPINOZA,                           )   **ORDER REASSIGNING THE ACTION**
                                                )
12                   Plaintiff,                 )
                                                )   Former Case No.: 1:20-cv-0211- AWI - JLT
13            v.                                )
                                                )   **New Case No.: 1:20-cv-0211-JLT**
14   WASTEQUIP MANUFACTURING                    )
     COMPANY, LLC,                              )
15                                              )
                     Defendant.                 )
16   _____          )

17        All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge

18   for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §

19   636(c)(1).  (Doc. 8 at 8; Doc. 8-1 at 1)

20        Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L.

21   Thurston for all further proceedings.  All further papers filed in this action shall bear the new case

22   number: **1:20-cv-211-JLT**.

23

24   IT IS SO ORDERED.

25   Dated:   April 28, 2020            _____

26                                          SENIOR  DISTRICT  JUDGE

27

28

                                                  1